UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                 :

DAMON JONES, *on behalf of himself and all others*     :
*similarly situated*,     :
     :

                          Plaintiff,     :       24-CV-3775 (JMF)
     :

             -v-     :       <u>ORDER</u>
     :

DANRICK COMMERCE GROUP, LLC,     :
     :

                        Defendant.     :
     :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

SO ORDERED.

Dated: May 20, 2024
     New York, New York

                                       _____
                                       JESSE M. FURMAN
                                       United States District Judge